```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------- X        22md3043 (DLC)
                                    :        22mc3043 (DLC)
IN RE: Acetaminophen - ASD-ADHD     :
Products Liability Litigation       :        ORDER
                                    :
----------------------------------- X
```

DENISE COTE, District Judge:

Having received on November 10, 2022 the parties' preconference submissions and counsel's letters of intention to appear at the November 17 conference, it is hereby

ORDERED that by **November 16, 2022** at **12:00 P.M.**, plaintiffs' proposed liaison counsel Daniel Sullivan of Holwell Shuster & Goldberg LLP shall submit an appearance sheet for plaintiffs' counsel for the November 17 conference. The appearance sheet must list all plaintiffs' counsel who wish to be heard at the conference, so long as they have also timely submitted a letter stating his or her intention to appear at the November 17 conference. For each such attorney, the appearance sheet should identify his or her law firm (including the address of the law firm).

IT IS FURTHER ORDERED that by **November 16, 2022** at **12:00 P.M.**, King & Spalding shall submit an appearance sheet for defense counsel for the November 17 conference. The appearance sheet must list all defense counsel who wish to be heard at the conference, so long as they have also timely submitted a letter stating his or her intention to appear at the November 17

1

conference. For each such attorney, the appearance sheet should identify his or her law firm (including the address of the law firm) and the client/s.

IT IS FURTHER ORDERED that by **November 16, 2022** at **12:00 P.M.**, defense counsel shall, in consultation with plaintiffs' counsel, submit a proposed order governing the direct filing of cases related to the MDL in the Southern District of New York.

Dated:  New York, New York
        November 14, 2022

```
                                    _____
                                           DENISE COTE
                                    United States District Judge
```