```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :   22md3043 (DLC)
IN RE: Acetaminophen - ASD-ADHD           :   22mc3043 (DLC)
Products Liability Litigation             :
                                          :        ORDER
----------------------------------------- X
```

DENISE COTE, District Judge:

A conference in In Re: Acetaminophen - ASD-ADHD Products Liability Litigation was held on November 17, 2022. It is hereby

ORDERED that by **November 30, 2022**, plaintiffs' counsel and defense counsel shall meet and confer regarding the Draft Direct Filing Order, attached hereto, and submit a proposed direct filing order, which shall include any alternative language to which the parties cannot agree, and letters describing any disputes.

Dated:   New York, New York
         November 18, 2022

                                    _____
                                            DENISE COTE
                                    United States District Judge

1