```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    22md3043 (DLC)
IN RE: Acetaminophen - ASD-ADHD          :    22mc3043 (DLC)
Products Liability Litigation            :
                                         :    ORDER: POST-
---------------------------------------- X     CONFERENCE
                                               SUBMISSIONS
```

DENISE COTE, District Judge:

A conference in In Re: Acetaminophen - ASD-ADHD Products Liability Litigation was held on November 17, 2022. It is hereby

ORDERED that by **November 30, 2022,** plaintiffs' counsel and defense counsel shall meet and confer and submit proposed orders and/or status letters on the following:

- Plaintiffs' Leadership Structure Order
- Plaintiffs' Common Benefit Fund Order
- Defendants' Liaison Order
- Nominations to the Appointment of a Special Master pursuant to Fed. R. Civ. P. 53(a) and Objections
- Census of Cases Order
- Schedule for Master Complaints and Motions to Dismiss
- Discovery Schedule for Concurrent Fact and Expert Discovery
- Discovery Orders:
    - Confidentiality Order

1

- ESI Protocol
- Preservation Order
- Coordination Order with State Court Litigation

– Plaintiff Fact Sheets

– Contact Information for State Court Judges

– Schedules for Bellwether Settlement and Trial Selections

– Schedule for Initial Settlement Meetings with Magistrate Judge Katharine H. Parker

– Engagement with the Food and Drug Administration

Dated:   New York, New York
         November 18, 2022

                                   _____
                                   DENISE COTE
                                   United States District Judge