```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :    22md3043 (DLC)
IN RE: Acetaminophen – ASD-ADHD        :    22mc3043 (DLC)
Products Liability Litigation          :
                                       :    ORDER: PLAINTIFFS'
-------------------------------------- X    PROPOSED LEADERSHIP
                                               APPOINTMENTS
```

DENISE COTE, District Judge:

On November 2, 2022, Mikal C. Watts, Ashley C. Keller, and W. Mark Lanier submitted a proposal for a leadership structure for plaintiffs' counsel ("Structure") and nominated attorneys for appointment to positions within the Structure. An Order of November 16 approved that Structure and the nominees to serve a one-year term. Through a submission of November 20, plaintiffs' Co-Lead Counsel seek to amend the Structure and revise the appointments. Accordingly, it is hereby

ORDERED that any objection to the following proposal be filed by **November 30, 2022**. It is proposed by Co-Lead Counsel that for one year, subject to renewal by Court Order, the following lawyers are appointed as plaintiffs' leadership team ("Leadership Team"):

1. Plaintiffs' Co-Lead Counsel ("Co-Lead Counsel"): Mikal C. Watts, Ashley C. Keller, and W. Mark Lanier.

2. Plaintiffs' Liaison Counsel ("PLC"): Daniel Sullivan.

3. Plaintiffs' Executive Committee ("PEC"): The PEC shall

1

   be composed of Plaintiffs' Co-Lead Counsel, Plaintiffs'
   Liaison Counsel, and the following committee chairs:

   a. Law & Briefing Committee: Ashley Barriere.
   b. Early Vetting/Bellwether Selection Committee: Sean
      Tracey.
   c. Discovery/ESI Committee: Eric Holland.
   d. Science & Expert Committee: W. Roger Smith.
   e. Settlement/Lien Resolution Committee: Zoe
      Littlepage.
   f. Federal/State Court Liaison Committee: Ann Callis.

4. <u>Plaintiffs' Steering Committee ("PSC")</u>: The PSC shall be
   composed of Julien Adams, Tricia Campbell, Charles J.
   Cooper, Eric W. Cracken, Paul Danziger, Richard Golomb,
   Patrick Luff, David P. Matthews, Neal Moskow, Richard M.
   Paul III, Ruth Rizkalla, and Lindsey Scarcello.

IT IS FURTHER ORDERED that any plaintiffs' attorney who seeks appointment to the Leadership Team and who has not yet submitted an application for such appointment shall submit such an application by **November 30, 2022**. No attorneys shall be added to the Leadership Team without prior application to and approval from this Court.

IT IS FURTHER ORDERED that Co-Lead Counsel shall advise the Court by the first of each month whether any member of the Leadership Team, or any attorney at the law firm to which that member belongs, has filed an action related to this MDL in state court. If such a filing has been made, the member of the Leadership Team shall submit a letter to the Court explaining whether good cause exists for the state court filing. Counsel are reminded that the transfer of an action to the MDL or the direct filing of an action in the MDL (pursuant to an Order to

be issued by this Court) do not constitute, for any party, a waiver pursuant to Lexecon, Inc. v. Milberg Weiss Bershad Hynes & Lerach, 523 U.S. 26 (1998).

Dated:  New York, New York
        November 22, 2022

                                    _____
                                            DENISE COTE
                                    United States District Judge