```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                           :      22md3043 (DLC)
IN RE: Acetaminophen - ASD-ADHD            :      22mc3043 (DLC)
Products Liability Litigation              :
                                           :      ORDER
----------------------------------------- X
```

DENISE COTE, District Judge:

On November 30, 2022, the parties submitted proposed Direct Filing Orders. It is hereby

ORDERED that a telephonic conference is scheduled for **December 2, 2022** at **4:00 P.M.** regarding the proposed Direct Filings Orders.

IT IS FURTHER ORDERED that the parties shall use the following dial-in credentials for the telephone conference:

        Dial-in:       888-363-4749

        Access Code:   4324948

The parties shall use a landline if one is available.

Dated:    New York, New York
          December 1, 2022

                                              DENISE COTE
                              United States District Judge