```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :    22md3043 (DLC)
IN RE: Acetaminophen - ASD-ADHD           :    22mc3043 (DLC)
Products Liability Litigation             :
                                          :    ORDER: DEFENSE
----------------------------------------- X         LEADERSHIP
```

DENISE COTE, District Judge:

Having considered the November 30, 2022 submission from the defendants, it is hereby

ORDERED that the defendants' leadership structure be amended as follows:

1. The Court designates Kristen L. Richer to serve as Defense Liaison Counsel for all defendants to this litigation.

2. The Court further designates the following Defense Tier Subgroups:

    a. <u>Retailer Liaison Committee ("RLC")</u>: The previously approved RLC shall facilitate communications among the Retailer Defendants and shall consist of the following counsel, whose applications for appointment to the RLC are hereby approved without objection: Kristen R. Fournier, Lori B. Leskin, and Kristen L. Richer.

    b. <u>Manufacturer Liaison</u>: In light of the addition of JJCI to this litigation, the Court approves the appointment of a Manufacturer Liaison to serve on behalf of JJCI and any other manufacturers that may be added to the litigation in the future.

1

Sarah E. Johnston is hereby appointed to serve as Manufacturer Liaison.

IT IS FURTHER ORDERED that the aforementioned leadership structure does not preclude any future amendments to the Defendants' leadership structure as may become necessary upon joinder of new or additional defendants to this litigation.

Dated:   New York, New York
         December 1, 2022

                                            _____
                                                    DENISE COTE
                                            United States District Judge