```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    22md3043 (DLC)
IN RE: Acetaminophen - ASD-ADHD          :    22mc3043 (DLC)
Products Liability Litigation            :
                                         :         ORDER
---------------------------------------- X
```

DENISE COTE, District Judge:

A telephonic conference will be held on December 2, 2022 at 4:00 PM regarding the proposed Direct Filing Orders. It is hereby

ORDERED that the Draft Order of December 1, 2022: Direct Filing, attached hereto, will be discussed at the conference.

Dated:   New York, New York
         December 1, 2022

                                                      _____
                                                         DENISE COTE
                                     United States District Judge