```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------- X
                                    :    22md3043 (DLC)
IN RE: Acetaminophen - ASD-ADHD     :    22mc3043 (DLC)
Products Liability Litigation       :
                                    :    ORDER: PLAINTIFFS'
----------------------------------- X    LEADERSHIP
```

DENISE COTE, District Judge:

Through a submission on November 20, 2022, plaintiffs' Co-Lead Counsel sought to amend the leadership structure for plaintiffs' counsel ("Structure") and revise the appointments. A November 22 Order: Plaintiffs' Proposed Leadership Appointments ordered that any objections to the proposed Structure and appointments be submitted by November 30 and that any outstanding applications for appointment be submitted by November 30. Having received no objections, it is hereby

ORDERED that the following lawyers are appointed as plaintiffs' leadership team for one year, subject to renewal by Court Order:

1. <u>Plaintiffs' Co-Lead Counsel ("Co-Lead Counsel")</u>: Mikal C. Watts, Ashley C. Keller, and W. Mark Lanier.

2. <u>Plaintiffs' Liaison Counsel ("PLC")</u>: Daniel Sullivan.

3. <u>Plaintiffs' Executive Committee ("PEC")</u>: The PEC shall be composed of Plaintiffs' Co-Lead Counsel, Plaintiffs' Liaison Counsel, and the following committee chairs:

    a. Law & Briefing Committee: Ashley Barriere.
    b. Early Vetting/Bellwether Selection Committee: Sean Tracey.
    c. Discovery/ESI Committee: Eric Holland.

   d. Science & Expert Committee: W. Roger Smith.
   e. Settlement/Lien Resolution Committee: Zoe Littlepage.
   f. Federal/State Court Liaison Committee: Ann Callis.

4. <u>Plaintiffs' Steering Committee ("PSC")</u>: The PSC shall be composed of Julien Adams, Tricia Campbell, Charles J. Cooper, Eric W. Cracken, Paul Danziger, Richard Golomb, Patrick Luff, David P. Matthews, Neal Moskow, Richard M. Paul III, Ruth Rizkalla, and Lindsey Scarcello.

Dated: New York, New York
   December 2, 2022

              */s/ Denise Cote*
               DENISE COTE
             United States District Judge

2