```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    22md3043 (DLC)
IN RE: Acetaminophen – ASD-ADHD          :    22mc3043 (DLC)
Products Liability Litigation            :
                                         :         ORDER
---------------------------------------- X
```

DENISE COTE, District Judge:

A pretrial conference was held on December 2, 2022. It is hereby

ORDERED that by **December 8, 2022,** the parties shall meet and confer and submit a proposed order regarding additions to the December 2, 2022 Pretrial Scheduling Order: Master Complaints, SFCs, and Motions to Dismiss.

Dated:   New York, New York
         December 2, 2022

                                       _____
                                             DENISE COTE
                               United States District Judge

1