```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    22md3043 (DLC)
IN RE: Acetaminophen - ASD-ADHD          :    22mc3043 (DLC)
Products Liability Litigation            :
                                         :          ORDER
---------------------------------------- X
```

DENISE COTE, District Judge:

In letters of November 30, 2022, the parties request guidance on whether the defendants must respond to the plaintiffs' November 18, 2022 Requests for Production and Interrogatories by December 16.  It is hereby

ORDERED that the defendants do not need to respond by December 16.

IT IS FURTHER ORDERED that, following the filing of the Master Complaints, the parties shall meet and confer regarding the November 18 discovery demands.

IT IS FURTHER ORDERED that counsel shall prioritize discovery related to the issue of general causation.

IT IS FURTHER ORDERED that the parties shall advise the Court by **January 4, 2023** in letters no longer than two pages of whether they need additional time to confer regarding the November 18 discovery demands, and if so, how long they need.

Dated:    New York, New York
          December 7, 2022

                                            _____
                                                    DENISE COTE
                                            United States District Judge