```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :      22md3043 (DLC)
IN RE: Acetaminophen - ASD-ADHD           :      22mc3043 (DLC)
Products Liability Litigation             :
                                          :      ORDER: NOTICE OF
                                          :      SPECIAL MASTER
----------------------------------------- X         CANDIDATES
```

DENISE COTE, District Judge:

    Rule 53(a)(1)(C), Fed. R. Civ. P., permits the Court to appoint a special master to "address pretrial and posttrial matters that cannot be effectively and timely addressed by an available district judge or magistrate judge of the district." Accordingly, it is hereby

    ORDERED that all parties consider the Court's intention to appoint two special masters pursuant to Rule 53(b), Fed. R. Civ. P. One Special Master will oversee and administer the Common Benefit Fund ("CBF Special Master") and one Special Master will manage a census of cases in this MDL ("Census Special Master").

    IT IS FURTHER ORDERED that all parties are hereby notified that the Court is considering the appointment of Amy Gernon of Gernon Law as the CBF Special Master.

    IT IS FURTHER ORDERED that all parties are hereby notified that the Court is considering the appointment Randi S. Ellis of Randi S. Ellis, LLC as the Census Special Master.

    IT IS FURTHER ORDERED that pursuant to Rule 53(b)(3)(A),

Ms. Gernon and Ms. Ellis must each file an affidavit by **December 12, 2022** stating whether there is any ground for disqualification under 28 U.S.C. § 455.

IT IS FURTHER ORDERED that any party to this litigation with alternative suggestions for a CBF Special Master or a Census Special Master or objections to Ms. Gernon's or Ms. Ellis's appointment may file those suggestions or objections by **December 14, 2022**.

Dated:   New York, New York
         December 7, 2022

                                          _____
                                                DENISE COTE
                                          United States District Judge