```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :    22md3043 (DLC)
IN RE: Acetaminophen - ASD-ADHD           :    22mc3043 (DLC)
Products Liability Litigation             :
                                          :         ORDER
----------------------------------------- X
```

DENISE COTE, District Judge:

To make the processing of proposed orders more efficient, it is hereby

ORDERED that upon the filing of any proposed order in this action, Plaintiffs' Liaison Counsel and/or Defense Liaison Counsel will email an editable version of the proposed order, such as a Microsoft Word document, to this Court at CoteNYSDchambers@nysd.uscourts.gov.

Dated:   New York, New York
         December 13, 2022

                                    _____
                                         DENISE COTE
                                    United States District Judge

1