UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    22md3043 (DLC)
IN RE: Acetaminophen - ASD-ADHD          :    22mc3043 (DLC)
Products Liability Litigation            :
                                         :    ORDER
---------------------------------------- X

DENISE COTE, District Judge:

On November 30, 2022, plaintiffs' Liaison Counsel submitted a proposed common benefit order. Attached is a revision to that proposed order ("Draft CB Fund Order"). It is hereby

ORDERED that plaintiffs' Co-Lead Counsel or their designee shall confer with the proposed Special Master for the Common Benefit Fund regarding the Draft CB Fund Order and provide the Court with any proposed revisions.

Dated:   New York, New York
         December 13, 2022

                                    _____
                                         DENISE COTE
                                    United States District Judge

1