```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
IN RE: Acetaminophen – ASD-ADHD           :
Products Liability Litigation             :
                                          :
----------------------------------------- X
```

22md3043 (DLC)
22mc3043 (DLC)

ORDER

DENISE COTE, District Judge:

A December 7, 2022 Order: Notice of Special Master Candidates gave all parties notice of the Court's consideration of Randi S. Ellis as a Special Master to manage the census of cases in this multidistrict litigation ("Census Special Master") and ordered any objections to be filed by December 14, 2022. Having received no objections, it is hereby

ORDERED that by **December 20, 2022**, the parties shall submit a proposed order that appoints Randi S. Ellis as the Census Special Master.

Dated:   New York, New York
         December 16, 2022

                                    _____
                                             DENISE COTE
                                    United States District Judge

1