```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    22md3043 (DLC)
IN RE: Acetaminophen – ASD-ADHD          :    22mc3043 (DLC)
Products Liability Litigation            :
                                         :         ORDER
---------------------------------------- X
```

DENISE COTE, District Judge:

On December 19, 2022, the Retailer Defendants and the plaintiffs filed a joint status letter regarding the staging of and schedule for discovery.  It is hereby

ORDERED that the Retailer Defendants and the plaintiffs shall file a proposed discovery schedule by **January 11, 2023.**

IT IS FURTHER ORDERED that in the event that any issues regarding the discovery schedule remain unresolved, a conference will be held on **January 13, 2023** at **12:00 P.M.** in Courtroom 18B, 500 Pearl Street, New York, New York.

Dated:   New York, New York
         December 19, 2022

                                    _____
                                            DENISE COTE
                                    United States District Judge

1