```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    22md3043 (DLC)
IN RE: Acetaminophen - ASD-ADHD          :    22mc3043 (DLC)
Products Liability Litigation            :
                                         :    ORDER: JANUARY 11
---------------------------------------- X        SUBMISSIONS
```

DENISE COTE, District Judge:

On January 2, 2023, the parties filed a joint letter regarding the upcoming deadline for submissions relating to discovery. It is hereby

ORDERED that the parties' submissions regarding the staging, schedule, and scope of discovery shall be filed by January 11, 2023. No submission regarding these topics need be filed on January 4, 2023.

Dated:   New York, New York
         January 3, 2023

                                    _____
                                          DENISE COTE
                                    United States District Judge

1