UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :    22md3043 (DLC)
IN RE: Acetaminophen - ASD-ADHD           :    22mc3043 (DLC)
Products Liability Litigation             :
                                          :    ORDER: JANUARY 5
----------------------------------------- X    DRAFT COMMON
                                               BENEFIT ORDER

DENISE COTE, District Judge:

On January 3, 2023, plaintiffs' Liaison Counsel submitted a revised draft Common Benefit Order and a Participation Agreement. Attached are revisions to those documents. It is hereby

ORDERED that plaintiffs' Co-Lead Counsel or their designee shall confer with the proposed Special Master for the Common Benefit Fund regarding these documents and provide the Court with a red-lined copy of any proposed revisions.

Dated:   New York, New York
         January 5, 2023

                                    _____
                                         DENISE COTE
                                    United States District Judge