```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------- X
                                    :    22md3043 (DLC)
IN RE: Acetaminophen - ASD-ADHD     :    22mc3043 (DLC)
Products Liability Litigation       :
                                    :         ORDER
----------------------------------- X
```

DENISE COTE, District Judge:

A conference was held on January 13, 2023. It is hereby

ORDERED that the parties' proposed schedule for Phase 1 fact and expert discovery shall be filed by **January 27, 2023**.

IT IS FURTHER ORDERED that the parties' proposed Deposition Protocol Order shall be filed by **February 10, 2023**.

IT IS FURTHER ORDERED that the plaintiffs' proposed label change shall be filed by **April 7, 2023**.

Dated:   New York, New York
         January 13, 2023

                                   _____
                                         DENISE COTE
                                   United States District Judge