```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :   22md3043 (DLC)
IN RE: Acetaminophen – ASD-ADHD          :   22mc3043 (DLC)
Products Liability Litigation            :
                                         :   ORDER
---------------------------------------- X
```

DENISE COTE, District Judge:

On January 11, 2023, the parties submitted a proposed Coordination Order. Attached to this Order is a draft Discovery Coordination Order that seeks to simplify and clarify the parties' proposal without changing its substance in any way material to the parties. Accordingly, it is hereby

ORDERED that a telephone conference with the appropriate representatives from the plaintiffs and defendants will be held on **January 27, 2023** at **4:00 P.M.** to discuss the attached draft Discovery Coordination Order. In advance of the conference, those representatives shall consult with each other to identify any joint proposals for revisions to the draft Discovery Coordination Order, and to discuss proposals on which they may disagree.

IT IS FURTHER ORDERED that the parties shall use the following dial-in credentials for the telephone conference:

    Dial-in:    888-363-4749

    Access Code:    4324948

The parties shall use a landline if one is available.

Dated:    New York, New York
           January 20, 2023

                                                  _____
                                                       DENISE COTE
                                          United States District Judge

2