UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    22md3043 (DLC)
IN RE: Acetaminophen – ASD-ADHD          :    22mc3043 (DLC)
Products Liability Litigation            :
                                         :    SUPPLEMENTAL ORDER:
---------------------------------------- X    SHORT FORM
                                              COMPLAINTS

DENISE COTE, District Judge:

The Order: Short Form Complaint issued on January 9, 2023. On January 23, the parties notified the Court that three additional defendants consent to service of short form complaints via email. Accordingly, it is hereby

ORDERED that service may be effectuated as to the following entities via the means set forth below:

    a.    <u>Rite Aid Corporation</u>: Plaintiffs can effectuate service on Rite Aid Corporation by emailing a fully executed copy of the Summons, Civil Cover Sheet and SFC to RiteAid-APAPMDL-service@smithsovik.com, which mailbox shall respond with acknowledgment of same. Under no circumstances shall Rite Aid Corporation's willingness to accept service via email be deemed as a waiver of service, or willingness to forfeit ordinary service requirements pursuant to the Federal Rules of Civil Procedure, as to any affiliated entity.

    b.    <u>Sam's West Inc.</u>: Plaintiffs can effectuate service on Sam's West Inc. by emailing a fully executed copy of

the Summons, Civil Cover Sheet and SFC to APAP_Sams_West_Service@kslaw.com, which mailbox shall respond with acknowledgment of same. Under no circumstances shall Sam's West Inc.'s willingness to accept service via email be deemed as a waiver of service, or willingness to forfeit ordinary service requirements pursuant to the Federal Rules of Civil Procedure, as to any affiliated entity.

      c. <u>Target Corporation</u>: Plaintiffs can effectuate service on Target Corporation by emailing a fully executed copy of the Summons, Civil Cover Sheet and SFC to APAP_Target_Service@mofo.com, which mailbox shall respond with acknowledgment of same. Under no circumstances shall Target Corporation's willingness to accept service via email be deemed as a waiver of service, or willingness to forfeit ordinary service requirements pursuant to the Federal Rules of Civil Procedure, as to any affiliated entity.

Dated:   New York, New York
        January 26, 2023

                                                      _____
                                                        DENISE COTE
                                     United States District Judge