```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :   22md3043 (DLC)
IN RE: Acetaminophen - ASD-ADHD           :   22mc3043 (DLC)
Products Liability Litigation             :
                                          :        ORDER
----------------------------------------- X
```

DENISE COTE, District Judge:

On January 30, 2023, the parties submitted competing proposals for the schedule governing Phase 1 discovery, Rule 702 motions, and a Rule 702 hearing. It is hereby

ORDERED that a telephone conference will be held on **February 1, 2023** at **3:00 P.M.** to discuss the competing proposals.

IT IS FURTHER ORDERED that the parties shall use the following dial-in credentials for the telephone conference:

        Dial-in:      888-363-4749

        Access Code:  4324948

The parties shall use a landline if one is available.

Dated:    New York, New York
          January 31, 2023

                                    _____
                                        DENISE COTE
                             United States District Judge