UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :   22md3043 (DLC)
IN RE: Acetaminophen - ASD-ADHD          :   22mc3043 (DLC)
Products Liability Litigation            :
                                         :       ORDER
---------------------------------------- X

DENISE COTE, District Judge:

A telephone conference will be held on February 1, 2023 at 3:00 PM regarding the proposed general causation discovery and motions schedule. It is hereby

ORDERED that the Draft Order of January 31, 2023: General Causation Discovery and Motions, attached hereto, will be discussed at the conference.

Dated:   New York, New York
         January 31, 2023

                                    _____
                                           DENISE COTE
                                    United States District Judge