```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                           :   22md3043 (DLC)
IN RE: Acetaminophen - ASD-ADHD            :   22mc3043 (DLC)
Products Liability Litigation              :
                                           :   ORDER
----------------------------------------- X
```

DENISE COTE, District Judge:

On February 7, 2023, plaintiffs' counsel Richard M. Golomb filed a letter resigning from his position on the Plaintiffs' Steering Committee ("PSC"). It is hereby

ORDERED that Mr. Golomb's resignation is accepted and his appointment to the PSC is terminated.

Dated:    New York, New York
          February 8, 2023

                                    _____
                                         DENISE COTE
                                    United States District Judge