```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    22md3043 (DLC)
IN RE: Acetaminophen - ASD-ADHD          :    22mc3043 (DLC)
Products Liability Litigation            :
                                         :    SECOND SUPPLEMENTAL
---------------------------------------- X    ORDER: SHORT FORM
                                                    COMPLAINTS
```

DENISE COTE, District Judge:

The Order: Short Form Complaint issued on January 9, 2023, and a Supplemental Order: Short Form Complaints was issued on January 26 (collectively, "SFC Orders"). On February 10, the parties notified the Court that the defendants who had previously consented to email service as indicated in the SFC Orders ("Consenting Defendants") have agreed to waive the requirement to receive a Civil Cover Sheet and Summons. Accordingly, it is hereby

ORDERED that service may be effectuated on the Consenting Defendants by serving via email a fully executed Short Form Complaint. A Civil Cover Sheet and Summons need not be served on the Consenting Defendants.

Dated:   New York, New York
         February 13, 2023

                                    _____
                                             DENISE COTE
                                    United States District Judge