UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :   22md3043 (DLC)
IN RE: Acetaminophen – ASD-ADHD       :   22mc3043 (DLC)
Products Liability Litigation         :
                                      :      ORDER
------------------------------------- X

DENISE COTE, District Judge:

On February 13, 2023, the Court adopted the parties' proposed protocol for phase one fact and expert depositions with the exception of paragraph 16(g), which addressed the submission of 50 or more written objections. It is hereby

ORDERED that, in the event of a discovery dispute that remains unresolved after a meet and confer process, a party may file a letter no longer than two pages describing the dispute or disputes.

Dated:   New York, New York
         February 14, 2023

                                    _____
                                           DENISE COTE
                                    United States District Judge