UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
IN RE: Acetaminophen – ASD-ADHD          :    22md3043 (DLC)
Products Liability Litigation            :    22mc3043 (DLC)
                                         :
                                         :         ORDER
---------------------------------------- X

DENISE COTE, District Judge:

On March 3, 2023, the parties submitted competing proposals for a privilege log addendum to the Protective Order. It is hereby

ORDERED that a telephone conference will be held on **March 8, 2023** at **2:00 P.M.** to discuss the competing proposals.

IT IS FURTHER ORDERED that the parties shall use the following dial-in credentials for the telephone conference:

        Dial-in:      888-363-4749

        Access Code:  4324948

The parties shall use a landline if one is available.

Dated:   New York, New York
         March 6, 2023

                                                _____
                                                  DENISE COTE
                                        United States District Judge