```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :    22md3043 (DLC)
IN RE: Acetaminophen - ASD-ADHD           :    22mc3043 (DLC)
Products Liability Litigation             :
                                          :          ORDER
----------------------------------------- X
```

DENISE COTE, District Judge:

On March 14, 2023, the parties submitted competing proposals for a plaintiff fact sheet ("PFS") and an order governing the use of the PFS. It is hereby

ORDERED that a telephone conference will be held on **March 16, 2023** at **2:00 P.M.** to discuss the competing proposals.

IT IS FURTHER ORDERED that the parties shall use the following dial-in credentials for the telephone conference:

        Dial-in:     888-363-4749

        Access Code:  4324948

The parties shall use a landline if one is available.

Dated:    New York, New York
          March 15, 2023

                                                  DENISE COTE
                                  United States District Judge