```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    22md3043 (DLC)
IN RE: Acetaminophen - ASD-ADHD          :    22mc3043 (DLC)
Products Liability Litigation            :
                                         :    ORDER: PLAINTIFF
---------------------------------------- X    AUTHORIZATION FORMS
```

DENISE COTE, District Judge:

The plaintiffs in this multidistrict litigation ("MDL") assert that children developed autism spectrum disorder and/or attention-deficit/hyperactivity disorder as a result of in utero exposure to acetaminophen. The parties have agreed that each plaintiff shall execute authorizations permitting the release of records relevant to the plaintiff's claims, templates of which are attached to this Order ("Authorization Forms"). This Order is directed at entities on which the Authorization Forms will be served. It is hereby

ORDERED that:

1. The HIPAA Compliant Authorization Form to Disclose Health Information and the Psychotherapy Notes Authorization attached to this Order have been approved for use in all claims affected by this Order and are HIPAA compliant.

2. All physicians, healthcare providers, any federal, state, and/or local government agencies, and any other entity asked to produce records relating to a plaintiff (collectively,

"Entities") should accept the Authorization Forms as valid for all claims affected by this Order.

3. When an Authorization Form is signed either electronically or with wet ink signature by a plaintiff (or by the plaintiff's personal representative), an Entity may rely on the Authorization Form as authorization for the release of records. No Entity should refuse to produce documents pursuant to an Authorization Form on the ground that the Authorization Form does not bear an original signature.

4. No Entity should require a facility-specific or different form for the production of any records relating to claims affected by this Order. No Entity should make the release of records contingent upon the receipt of a form that is different from the Authorization Form.

5. No Entity should refuse to accept an Authorization Form on the ground that it is a photocopy or .pdf image of the Authorization Form.

6. Any Authorization Forms dated after the entry of this Order will be effective for the production of any records relating to a plaintiff in this MDL for the duration of this MDL.

Dated:   New York, New York
         March 23, 2023

                                                       DENISE COTE
                                     United States District Judge