```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                     :    22md3043 (DLC)
IN RE: Acetaminophen - ASD-ADHD      :    22mc3043 (DLC)
Products Liability Litigation        :
                                     :    PROPOSED
------------------------------------ X    MODIFICATION TO
                                          JANUARY 9, 2023
                                          ORDER: COMMON
                                          BENEFIT FUND
```

DENISE COTE, District Judge:

On January 9, 2023, the Order: Common Benefit Fund ("Order") was entered to prepare for the potential creation of a common benefit fund in this multidistrict litigation. Only CB-Approved Counsel, as defined in the Order, may recover from any common benefit fund established by this Court. Pursuant to the Order, CB-Approved Counsel must timely submit records of their common benefit work and expenses. To address items not covered by the Order, to speed the review of submissions to the Special Master, and to reduce the costs of that review, it is hereby

ORDERED that any objections to the following revisions to the Order shall be filed by **April 17, 2023**.

It is hereby proposed that the Order be modified as follows:

1. To add a category to Paragraph 22 of the Order:

   Travel Time. The time spent traveling out of town to in-person court appearances, depositions, and other events related to casework. Travel time shall be eligible for reimbursement up to a maximum of 2.0

hours of travel to the event and 2.0 hours to return.

2. To add a category of travel expenses to Paragraph 26 of the Order:

   <u>Ridesharing/Taxis.</u> The use of a ridesharing service will be eligible for reimbursement at the lowest available rate. If a higher class of a rideshare is taken, the applicant is required to document what the lowest available rate would have been. Taxi rides will be reimbursed based on the receipt submitted.

3. To revise Paragraph 27 of the Order by eliminating Subsection iv. Computerized research will be treated as firm overhead and not be eligible for reimbursement.

Dated: New York, New York
       April 11, 2023

                                    _____
                                           DENISE COTE
                                    United States District Judge