```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :   22md3043 (DLC)
IN RE: Acetaminophen - ASD-ADHD          :   22mc3043 (DLC)
Products Liability Litigation            :
                                         :       ORDER
---------------------------------------- X
```

DENISE COTE, District Judge:

On April 7, 2023, the plaintiffs submitted their proposed label change ("Plaintiffs' Proposed Warning"). The Court is interested in soliciting the views of the United States, including the Food and Drug Administration, on the Plaintiffs' Proposed Warning. Attached to this Order is a Draft Invitation For Statement of Interest ("Draft Invitation").

It is hereby

ORDERED that by **April 18, 2023,** the parties may propose any revisions to the Draft Invitation.

Dated:   New York, New York
         April 12, 2023

                                    _____
                                            DENISE COTE
                                    United States District Judge