```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------- X
                                    :     22md3043 (DLC)
IN RE: Acetaminophen - ASD-ADHD     :     22mc3043 (DLC)
Products Liability Litigation       :
                                    :     MODIFICATION TO
----------------------------------- X     JANUARY 9, 2023
                                          ORDER: COMMON
                                          BENEFIT FUND
```

DENISE COTE, District Judge:

On January 9, 2023, the Order: Common Benefit Fund ("Order") was entered to prepare for the potential creation of a common benefit fund in this multidistrict litigation. On April 11, the Court proposed three modifications to the Order and ordered that any objections to those modifications be filed by April 17. Having received no objections, it is hereby

ORDERED that the Order is modified as follows:

1. The below category "Travel Time" is added to Paragraph 22 of the Order:

    Travel Time. The time spent traveling out of town to in-person court appearances, depositions, and other events related to casework. Travel time shall be eligible for reimbursement up to a maximum of 2.0 hours of travel to the event and 2.0 hours to return.

2. The below category "Ridesharing/Taxis" is added to Paragraph 26 of the Order:

    Ridesharing/Taxis. The use of a ridesharing service will be eligible for reimbursement at the lowest available rate. If a higher class of a rideshare is taken, the applicant is required to document what the lowest available rate would have been. Taxi rides

will be reimbursed based on the receipt submitted.

3. Subsection iv is eliminated from Paragraph 27 of the Order. Computerized research will be treated as firm overhead and not be eligible for reimbursement.

Dated: New York, New York
April 18, 2023

                                              DENISE COTE
                                         United States District Judge