```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                           :    22md3043 (DLC)
IN RE: Acetaminophen - ASD-ADHD            :    22mc3043 (DLC)
Products Liability Litigation              :
                                           :         ORDER
----------------------------------------- X
```

DENISE COTE, District Judge:

On April 12, 2023, a Draft Invitation For Statement of Interest was shared with the parties, and any proposed revisions to that draft were due by April 18. The plaintiffs did not propose any revisions. The defendants submitted proposed revisions. Attached to this Order is a revised Draft Invitation For Statement of Interest ("Revised Draft Invitation").

It is hereby

ORDERED that any objections to the Revised Draft Invitation shall be filed by **April 19, 2023 at 3:00 P.M.**

Dated:   New York, New York
         April 19, 2023

                                           _____
                                                  DENISE COTE
                                           United States District Judge