UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :   22md3043 (DLC)
IN RE: Acetaminophen – ASD-ADHD       :   22mc3043 (DLC)
Products Liability Litigation         :
                                      :   ORDER
------------------------------------- X

DENISE COTE, District Judge:

On February 10, 2023, the defendants moved to dismiss all the complaints in this multidistrict litigation. The Court has addressed all of the issues raised in the motions to dismiss except for those contained in Section II.C of the Retailer Defendants' memorandum of law in support of their motion to dismiss. Accordingly, it is hereby

ORDERED that the parties shall meet and confer, and, by **May 19, 2023**, inform the Court if there are any other issues raised in the motions to dismiss that need to be addressed.

IT IS FURTHER ORDERED that the parties shall meet and confer regarding which claims have survived the Court's rulings and, by **May 19, 2023**, propose a schedule for the filing amended pleadings or the presentation of a stipulation of dismissal.

Dated:   New York, New York
         April 28, 2023

                                       _____
                                              DENISE COTE
                                       United States District Judge