```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :       22md3043 (DLC)
IN RE: Acetaminophen – ASD-ADHD          :       22mc3043 (DLC)
Products Liability Litigation            :
                                         :          ORDER
---------------------------------------- X
```

DENISE COTE, District Judge:

On April 28, 2023, the plaintiffs filed a letter raising a discovery dispute between the plaintiffs and defendant Johnson & Johnson Consumer Inc. ("JJCI").  On May 3, JJCI filed a response.  It is hereby

ORDERED that a telephone conference will be held on **May 15, 2023** at **3:00 P.M.**  The parties shall use the following dial-in credentials for the telephone conference:

> Dial-in:         888-363-4749
>
> Access Code:     4324948

The parties shall use a landline if one is available.

Dated:    New York, New York
          May 3, 2023

                                   _____
                                           DENISE COTE
                                   United States District Judge