UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------ X
                                           :   22md3043 (DLC)
IN RE: Acetaminophen – ASD-ADHD            :   22mc3043 (DLC)
Products Liability Litigation              :
                                           :   ORDER
------------------------------------------ X

DENISE COTE, District Judge:

    On June 1, 2023, the plaintiffs filed an expedited motion to quash Rule 45 subpoenas and/or request for conference.  It is hereby

    ORDERED that a telephone conference will be held on **June 2, 2023** at **3:00 P.M.**  The parties shall use the following dial-in credentials for the telephone conference:

        Dial-in:     888-363-4749

        Access Code:  4324948

The parties shall use a landline if one is available.

Dated:   New York, New York
        June 2, 2023

                                              DENISE COTE
                           United States District Judge