```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    22md3043 (DLC)
IN RE: Acetaminophen - ASD-ADHD          :    22mc3043 (DLC)
Products Liability Litigation            :
                                         :        ORDER
---------------------------------------- X
```

DENISE COTE, District Judge:

The Court hereby notifies the parties that, on occasion, the Court has received communications from individuals and physicians regarding this multidistrict litigation. The Court has preserved such communications but has not acted on them.

Dated:   New York, New York
         July 24, 2023

_____<br>
DENISE COTE<br>
United States District Judge