```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    22md3043 (DLC)
IN RE: Acetaminophen – ASD-ADHD          :    22mc3043 (DLC)
Products Liability Litigation            :
                                         :        ORDER
---------------------------------------- X
```

DENISE COTE, District Judge:

On July 28, 2023, the Government advised that it requires more time, beyond July 28, to finalize a Statement of Interest. It requests that the Statement of Interest be filed by September 15, 2023.

The submission of a Statement of Interest will be of importance to all the parties to this litigation, and the Government may of course take whatever time it needs to make the submission informative and useful. The Daubert motions in this litigation are due to be filed on Tuesday, September 19, and the parties would no doubt appreciate having as much time as possible before that date to consider the Statement of Interest. With that observation, it is hereby

ORDERED that the Government's request to file a Statement of Interest by **September 15, 2023** is granted.

Dated:    New York, New York
          July 28, 2023

                                    _____
                                           DENISE COTE
                                    United States District Judge