```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :   22md3043 (DLC)
IN RE: Acetaminophen - ASD-ADHD          :   22mc3043 (DLC)
Products Liability Litigation            :
                                         :       ORDER
---------------------------------------- X
```

DENISE COTE, District Judge:

Attached to this Order is a Draft Order of August 1, 2023: Master Answers ("Draft Order"). The Draft Order establishes the effect of the defendants' Master Answers on Member Cases for the purposes of Rules 12(a)(1)(A) and 41(a)(1)(A)(i), Fed. R. Civ. P. It is hereby

ORDERED that the parties shall confer and by **August 8, 2023** submit any proposed revisions to the Draft Order.

Dated:   New York, New York
         August 1, 2023

                                    _____
                                              DENISE COTE
                                    United States District Judge