```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :   22md3043 (DLC)
IN RE: Acetaminophen – ASD-ADHD           :   22mc3043 (DLC)
Products Liability Litigation             :
                                          :        ORDER
----------------------------------------- X
```

DENISE COTE, District Judge:

On August 1, 2023, the defendants filed a letter raising concerns about deficient plaintiff fact sheets and a change in the claims being asserted against the Retailer Defendants. It is hereby

ORDERED that the parties shall meet and confer and by **August 11, 2023** notify the Court if a conference is required to resolve the dispute.

IT IS FURTHER ORDERED that should a conference be necessary, a telephone conference will be held on **August 17, 2023** at **4:00 P.M.** The parties shall use the following dial-in credentials for the telephone conference:

> Dial-in:        888-363-4749
>
> Access Code:    4324948

The parties shall use a landline if one is available.

Dated:   New York, New York
         August 2, 2023

                                    _____
                                           DENISE COTE
                                    United States District Judge