```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :      22md3043 (DLC)
IN RE: Acetaminophen - ASD-ADHD           :      22mc3043 (DLC)
Products Liability Litigation             :
                                          :              ORDER
----------------------------------------- X
```

DENISE COTE, District Judge:

On September 19, 2023, the parties' Daubert motions are due. It is hereby

REQUESTED that the plaintiffs and the defendants each file with those motions a letter that includes:

(1) their recommendation as to the order in which the Court should address any motions by the defendants to exclude an expert report from the plaintiffs' experts; and

(2) their contention as to which of the motions addressed to the parties' expert reports are properly addressed together due to overlapping subject matter.

Dated:   New York, New York
         August 3, 2023

                                          _____
                                                  DENISE COTE
                                          United States District Judge