UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                     :        22md3043 (DLC)
IN RE: Acetaminophen – ASD-ADHD    :        22mc3043 (DLC)
Products Liability Litigation      :
                                       :      ORDER: PLAINTIFF
-------------------------------------- X      FACT SHEETS STAY

DENISE COTE, District Judge:

In an August 11, 2023 letter, the parties report that they continue to confer regarding amendments to the plaintiff fact sheets ("PFS") and improvements to instructions for use of the PFS, among other matters. It is hereby

ORDERED that the telephone conference scheduled for August 17, 2023 is canceled.

IT IS FURTHER ORDERED that the May 31, 2023 Order: Plaintiff Fact Sheets (22MC3043: ECF No. 73) remains in effect, with the following modification. The deadlines to serve a PFS, cure a PFS, or serve a PFS deficiency notice are stayed until September 11, 2023.

IT IS FURTHER ORDERED that by September 6, 2023, the parties shall file letters to advise the Court of any disputes related to the PFS that remain unresolved and shall file

proposed orders for revisions to any PFS deadlines.

Dated:    New York, New York
          August 16, 2023


                              _____
                                      DENISE COTE
                              United States District Judge

2