```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X    22md3043 (DLC)
                                         :    22mc3043 (DLC)
IN RE: Acetaminophen - ASD-ADHD Products :
Liability Litigation                     :    REQUEST: COURTESY
                                         :             COPIES
---------------------------------------- X
```

DENISE COTE, District Judge:

On September 19, 2023, the parties' Daubert motions are due. Pursuant to the February 1, 2023 Order (22MC3043: ECF No. 47, ¶ 20), each party was directed to supply Chambers with two (2) courtesy copies of its papers. It is hereby

REQUESTED that the parties work together to the extent practicable to submit two (2) courtesy copies total of any scientific study or report to which both parties cite, rather than two copies per party. The February 1 Order otherwise remains in effect.

Dated:   New York, New York
         September 8, 2023

                                        _____
                                              DENISE COTE
                                      United States District Judge