```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    22md3043 (DLC)
IN RE: Acetaminophen – ASD-ADHD          :    22mc3043 (DLC)
Products Liability Litigation            :
                                         :        ORDER
---------------------------------------- X
```

DENISE COTE, District Judge:

Having received the Government's letter dated September 8, 2023, and the parties' letters dated September 9 and September 11, 2023, it is hereby

ORDERED that the request for a status conference is DENIED.

IT IS FURTHER ORDERED that the scheduling Order of February 1, 2023 remains in place. Any Rule 702 motions shall be filed on or before September 19, 2023.

Dated:    New York, New York
          September 11, 2023

```
                              _____
                                    DENISE COTE
                              United States District Judge
```