```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------- X    22md3043 (DLC)
                                 :    22mc3043 (DLC)
IN RE: Acetaminophen - ASD-ADHD  :
Products Liability Litigation    :    ORDER: PLAINTIFFS'
                                 :         LEADERSHIP
-------------------------------- X
```

DENISE COTE, District Judge:

An Order of December 2, 2022 (22MD3043: ECF No. 236) appointed plaintiffs' leadership team for a period of one year. Accordingly, it is hereby

ORDERED that any counsel seeking reappointment shall file an application for renewal by November 29, 2023.

Dated:   New York, New York
         November 16, 2023

                                    _____
                                          DENISE COTE
                                    United States District Judge

1