```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    22md3043 (DLC)
IN RE: Acetaminophen – ASD-ADHD          :    22mc3043 (DLC)
Products Liability Litigation            :
                                         :    ORDER: PLAINTIFFS'
---------------------------------------- X    LEADERSHIP
```

DENISE COTE, District Judge:

Through a submission on November 28, 2023, plaintiffs' Co-Lead Counsel sought to renew certain appointments, and add three new members, to the plaintiffs' leadership team. Accordingly, it is hereby

ORDERED that the following lawyers are appointed as plaintiffs' leadership team for one year, subject to renewal by Court Order:

1. Plaintiffs' Co-Lead Counsel ("Co-Lead Counsel"): Mikal C. Watts, Ashley C. Keller, and W. Mark Lanier.

2. Plaintiffs' Liaison Counsel ("PLC"): Daniel Sullivan.

3. Plaintiffs' Executive Committee ("PEC"): The PEC shall be composed of Plaintiffs' Co-Lead Counsel, Plaintiffs' Liaison Counsel, and the following committee chairs:

    a. Law & Briefing Committee: Ashley Barriere.
    b. Early Vetting/Bellwether Selection Committee: Sean Tracey.
    c. Discovery/ESI Committee: Eric Holland and Evan Janush.
    d. Science & Expert Committee: W. Roger Smith and Amanda Hunt.
    e. Settlement/Lien Resolution Committee: Zoe Littlepage.
    f. Federal/State Court Liaison Committee: Ann Callis.

4. Plaintiffs' Steering Committee ("PSC"): The PSC shall be

1

composed of Julien Adams, Tricia Campbell, Charles J. Cooper, Eric W. Cracken, Greg Dovel, Patrick Luff, Neal Moskow, Richard M. Paul III, Ruth Rizkalla, and Lindsey Scarcello.

Dated:    New York, New York
          November 29, 2023

                                    _____
                                          DENISE COTE
                                    United States District Judge