```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    22md3043 (DLC)
IN RE: Acetaminophen - ASD-ADHD          :    22mc3043 (DLC)
Products Liability Litigation            :
                                         :         ORDER
---------------------------------------- X
```

DENISE COTE, District Judge:

On February 1, 2024, plaintiffs filed three responses to the Court's January 16 Order to Show Cause. The first (22md3043: ECF No. 1398) and third (22md3034: ECF No. 1400) responses concede that a final judgment under Rule 56 was proper as to the member cases reflected in those responses. The second response (22md3043: ECF No. 1399) applied to five member cases filed after the Court's December 18, 2023 Order granting defendants' Rule 702 motions (the "Mota Plaintiffs"). The second response indicates that the Mota Plaintiffs are prepared to produce their own expert's report. Accordingly, it is hereby

ORDERED that the defendants shall respond to the plaintiffs' February 1, 2024 responses by February 15, 2024.

IT IS FURTHER ORDERED that the defendants shall, in their response, confirm that Exhibit A to 22md3043: ECF No. 1398 is a complete list of member cases in which the SFC was served on or before January 11, 2024, with the exception of member case 23cv5940 and four cases filed by the Mota Plaintiffs.

IT IS FURTHER ORDERED that the Mota Plaintiffs shall file

their new expert report on the docket by February 7, 2024 and shall expeditiously provide two courtesy copies to the Court.

IT IS FURTHER ORDERED that the parties shall confer and submit by February 15, 2024 a proposed scheduling order with respect to any further proceedings regarding the Mota Plaintiffs' expert report.

Dated: New York, New York
February 5, 2024

DENISE COTE
United States District Judge