UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------- X
                                        :        22md3043 (DLC)
IN RE: Acetaminophen – ASD-ADHD         :        22mc3043 (DLC)
Products Liability Litigation           :
                                        :              ORDER
--------------------------------------- X

DENISE COTE, District Judge:

On December 18, 2023, the defendants' Rule 702 motions
regarding the plaintiffs' proposed general causation expert
testimony were granted.  On January 16, this Court issued an
Order to Show Cause why summary judgment should not be entered
in each Member Case of the MDL in which the SFC was served on or
before January 11, 2024.  The January 16 Order also provided
that plaintiffs in any Member Case in which an SFC was served on
or after January 12, 2024 shall have 21 days from the date of
service to show cause why summary judgment should not be entered
in favor of the defendants named in that Member Case for failure
to, inter alia, present admissible evidence of general
causation.

On February 1, 2024, in response to the Court's January 16
Order to Show Cause, plaintiffs in five member cases (the "Mota
Plaintiffs") indicated their intent to submit admissible expert
evidence, in the form of the expert testimony of Roberta B.
Ness, M.D., M.P.H., that acetaminophen can cause attention
deficit hyperactivity-disorder ("ADHD").  On February 7, the

Mota Plaintiffs submitted Dr. Ness's expert report (the "Ness Report").   Accordingly, it is hereby

ORDERED that the parties shall confer and submit by February 23, 2024, their proposed schedule(s) for Rule 702 briefing regarding the Ness Report.

Dated:     New York, New York
           February 16, 2024

                              _____
                              DENISE COTE
                              United States District Judge