```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :   22md3043 (DLC)
IN RE: Acetaminophen - ASD-ADHD           :   22mc3043 (DLC)
Products Liability Litigation             :
                                          :       ORDER
----------------------------------------- X
```

DENISE COTE, District Judge:

Having received the parties' February 23, 2024 submissions, it is hereby

ORDERED that the defendants' Rule 702 motion to exclude Dr. Ness's testimony shall be fully submitted by July 1, 2024.

IT IS FURTHER ORDERED that the moving party shall supply Chambers with two (2) courtesy copies of all motion papers <u>on the date they are served</u> by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

IT IS FURTHER ORDERED that the defendants' memorandum of law in support of their motion shall be limited to 60 pages; that the plaintiffs' memorandum in opposition shall be limited to 60 pages; and that the defendants' reply shall be limited to 30 pages.

Dated:   New York, New York
         February 26, 2024

                                         _____
                                              DENISE COTE
                                         United States District Judge