```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
IN RE: Acetaminophen - ASD-ADHD           :   22md3043 (DLC)
Products Liability Litigation             :   22mc3043 (DLC)
                                          :
                                          :   ORDER
----------------------------------------- X
```

DENISE COTE, District Judge:

A December 18, 2023 Opinion and Order granted the defendants' Rule 702 motions to exclude the general causation testimony of five proffered experts. On February 21, 2024, summary judgment was entered for defendants in the member cases to which that Opinion applied. Over defendants' objection, plaintiffs in newly-filed cases were permitted to tender the testimony of a separate expert, Dr. Roberta Ness. An Order of February 26, 2024 set a schedule for Rule 702 proceedings regarding Dr. Ness. An Opinion and Order of July 10 granted defendants' motion to exclude the general causation opinion of Dr. Ness. 22md3043 (ECF No. 1494). Accordingly, it is hereby

ORDERED that by July 25, plaintiffs shall show cause why final judgment under Rule 56 should not be entered in each pending member case of this MDL, on the ground that the plaintiffs in these member cases have failed to offer admissible evidence that prenatal exposure to acetaminophen causes ADHD in

offspring.


Dated:      New York, New York
            July 11, 2024

                                    _____
                                          DENISE COTE
                                    United States District Judge